IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO MADERA FARM CREDIT, an Agriculture Credit Association within the federal Farm Credit System and regulated by the Farm Credit Admin.,<br><br>              Plaintiff,<br>     v.<br><br>OPEN SOLUTIONS, INC., Delaware corporation, and DOES 1 through 10, inclusive,<br><br>              Defendants. | 1:09-CV-1696  AWI GSA<br><br>ORDER MOVING HEARING ON DEFENDANT'S MOTIONS TO NOVEMBER 23, 2009 |

   Defendant's motion to transfer venue is pending in this action and set for hearing on November 9, 2009.  On October 23, 2009, the parties filed a stipulation to continue the hearing to November 23, 2009, in light of settlement negotiations.  The Court will give effect to the stipulation.

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 9, 2009, is VACATED, and the hearing on these matters is reset to November 23, 2009, at 1:30 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:   October 26, 2009            /s/ Anthony W. Ishii
                          CHIEF UNITED STATES DISTRICT JUDGE