# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO MADERA FARM CREDIT, an Agriculture Credit Association within the federal Farm Credit System and regulated by the Farm Credit Admin., <br><br> Plaintiff, <br> v. <br><br> OPEN SOLUTIONS, INC., Delaware corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | 1:09-CV-1696 AWI GSA <br><br> ORDER VACATING NOVEMBER 23, 2009 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

Currently pending before the Court is Defendant's motion to transfer venue/motion to dismiss.  Hearing on the matter is set for November 23, 2009.  The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 23, 2009, is VACATED, and the parties shall not appear at that time.  As of November 23, 2009, the Court will take Defendant's motion to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 18, 2009              /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE