ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
William M. Woolman                            State Bar No. 145124
555 West Shaw Avenue, Suite C-1
P.O. Box 5394
Fresno, California 93755-5394
Telephone: (559) 225-6700
Facsimile: (559) 225-3416

Attorneys for OPEN SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO MADERA FARM CREDIT, | Case No. 1:09-cv-1696-AWI-GSA |
| Plaintiff, | **REQUEST AND STIPULATION TO CONTINUE DEADLINE FOR RESPONSE TO AMENDED COMPLAINT AND ORDER THEREON** |
| v. | |
| OPEN SOLUTIONS, INC.; and DOES 1 to 10, inclusive, | |
| Defendants. | **Assigned to Hon. Anthony W. Ishii** |

The parties to the above-entitled action do hereby request and stipulate to the continuance of the deadline from November 19, 2009 to and including December 4, 2009 for Defendant Open Solutions, Inc. to respond by answer, counter claim and/or motion under FRCP 12 to the First Amended Complaint.

Dated: November 18, 2009

                                              ATKINSON, ANDELSON, LOYA, RUUD & ROMO

                                              By:  /s/ William M. Woolman
                                                    William M. Woolman
                                                    Attorneys for OPEN SOLUTIONS, INC.

1  Dated: November 18, 2009

2                                        SHEPPARD MULLIN RICHTER & HAMPTON LLP

4                                 By:    /s/ Kent Raygor
                                         Kent Raygor
5                                        Attorneys for FRESNO MADERA FARM
                                         CREDIT.

## ORDER

Pursuant to the stipulation of the parties, the request is hereby granted.

   IT IS SO ORDERED.

**Dated: November 19, 2009**            **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
APLC
555 West Shaw Avenue, Suite 93755-5394
P.O. Box 5394
Fresno,
Telephone: 225-6700
Facsimile: (559) 225-3416