# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO MADERA FARM CREDIT, an Agriculture Credit Association within the federal Farm Credit System and regulated by the Farm Credit Admin., <br><br>Plaintiff, <br>v. <br><br>OPEN SOLUTIONS, INC., Delaware corporation, and DOES 1 through 10, inclusive, <br><br>Defendants. | 1:09-CV-1696 AWI GSA <br><br>ORDER CLOSING CASE IN LIGHT OF RULE 41(a) STIPULATION OF DISMISSAL WITH PREJUDICE <br><br>(Doc. Nos. 10, 32, 37, 39) |

On January 8, 2010, the parties filed a stipulation for dismissal with prejudice of this entire case, including counterclaims, pursuant to Federal Rule of Civil Procedure 41(a). The notice is signed by all parties who have appeared in this case.

Rule 41(a)(1), in relevant part, reads:

> (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

Rule 41(a)(1)(A)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice. See <u>Carter v. Beverly Hills Sav. & Loan Asso.</u>, 884 F.2d 1186, 1191 (9th Cir. 1989); <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 (9th

Cir. 1986).  Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal.  Fed. R. Civ. Pro. 41(a)(1)(A); Eitel, 782 F.2d at 1473 n.4.  "Caselaw concerning stipulated dismissals under Rule 41(a) (1) (ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval."  In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989); Gardiner v. A.H. Robins Co., 747 F.2d 1180, 1189 (8th Cir. 1984); see also Gambale v. Deutsche Bank AG, 377 F.3d 133, 139 (2d Cir. 2004); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999) cf. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997) (addressing Rule 41(a)(1)(i) dismissals).

      As the parties have filed a stipulation for dismissal with prejudice of this case under Rule 41(a)(1) that is signed by all parties who have made an appearance, this case has terminated.  See Fed. R. Civ. Pro. 41(a)(1)(A)(ii); In re Wolf, 842 F.2d at 466; Gardiner, 747 F.2d at 1189; see also Gambale, 377 F.3d at 139; Commercial Space Mgmt, 193 F.3d at 1077; cf. Wilson, 111 F.3d at 692.

      Therefore, IT IS HEREBY ORDERED that:

1. All pending motion are DENIED as moot; and
2. The Clerk is to close this case in light of the parties's filed and properly signed Rule 41(a)(1)(A) Stipulation Of Dismissal With Prejudice.

IT IS SO ORDERED.

**Dated:   January 8, 2010**           **/s/ Anthony W. Ishii**
                                                  CHIEF UNITED STATES DISTRICT JUDGE